IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ALCAREZ, | 1:06-cv-00911 WMW (HC) |
|     Petitioner, | |
| vs. | ORDER GRANTING EXTENSION OF TIME TO FILE TRAVERSE |
| T. FELKER, | (DOCUMENT #12) |
|     Respondent. | |

    Petitioner is a prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On August 30, 2007, petitioner filed a motion to extend time to file a traverse. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

    Petitioner is granted thirty days from the date of service of this order in which to a traverse.

IT IS SO ORDERED.

**Dated:**   September 17, 2007       /s/ William M. Wunderlich
                                                      UNITED STATES MAGISTRATE JUDGE