IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ALCAREZ, | 1:06-cv-0911 WMW (HC) |
| Petitioner, | ORDER GRANTING PETITIONER'S THIRD REQUEST FOR EXTENSION OF TIME TO FILE TRAVERSE |
| vs. | |
| T. FELKER, | (DOCUMENT #14) |
| Respondent. | THIRTY DAY DEADLINE |
| _____/ | |

    Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On October 22, 2007, petitioner filed a motion to extend time to file a traverse. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

    Petitioner is granted thirty days from the date of service of this order in which to file his traverse.

IT IS SO ORDERED.

**Dated:   November 7, 2007**        /s/  William M. Wunderlich
                                                     UNITED STATES MAGISTRATE JUDGE